# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 107 - 12 | **DATE** | 2/14/2008 |
| **CASE TITLE** | USA vs. Diane Robinson | | |

**DOCKET ENTRY TEXT**

At the defendant's request, Arraignment and Plea set for 02/14/08 is stricken and reset to 02/21/08 at 9:45 a.m.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|