# United States District Court

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA  )
                          )
            vs.           )         NO. 08 CR 107
__Diane Robinson__        )
                          )
_____        )
                          )

ORDER APPOINTING COUNSEL — Initial Appearance and Arraignment only

The above-named defendant has testified under oath or has filed with the court an Affidavit of Financial Status and thereby satisfied this court that he or she is financially unable to employ counsel.

Accordingly, the FEDERAL DEFENDER PROGRAM is hereby appointed to represent this defendant in the above designated case unless relieved by an order of this court or by order of the court of appeals.

DATE: Feb 21, 2008

ENTER:

_Geraldine Soat Brown_
Signature of U.S. District Court Judge,
Magistrate Judge (or Clerk or Deputy
Clerk by order of the Court)