# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev 5/98)

| IN UNITED STATES | ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below) |
|---|---|

IN THE CASE OF: USA vs. Skobot et al.
FOR: USDC
AT: N Dist of IL

**LOCATION NUMBER:** (blank)

PERSON REPRESENTED (Show your full name): DIANE ROBINSON

☒ 1 Defendant - Adult
☐ 2 Defendant - Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Parole Violator
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ 9 Other (Specify)

CHARGE/OFFENSE: ☒ Felony ☐ Misdemeanor — 18 USC § 1343

**DOCKET NUMBERS**
Magistrate: (blank)
District Court: 08CR107-12
Court of Appeals: (blank)

FILED 2-21-08 FEB 21 2008
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☐ No ☒ Am Self Employed
- Name and address of employer: Realty Executives
- IF YES, how much do you earn per month? $ 5833
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ 7,000/yr — Independent appraisals (60-100 a yr) total — included in $70K income a yr total

**CASH**
- Have you any cash on hand or money in savings or checking account? ☒ Yes ☐ No IF YES, state total amount $ 470

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: $ 250,000 / 130,000 / 120,000

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 0

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Car insurance (car owned by friend) | | $ | $ 114.00 |
| 4134 S Berkeley, Chgo IL | | $ 220,000 | $ 1700.00 |
| 426 155th Place, Calumet City, IL | | $ 150,000 | $ 1275.00 |
| 921 Webb Street, Calumet City, IL | | $ 120,000 | $ 1091.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2/21/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Diane Robinson