**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
                                  Plaintiff,

v.                                           Case No.: 1:08−cr−00107
                                                       Honorable Elaine E. Bucklo

Lawrence J. Skrobot, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 7, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :As to Diane Robinson, Status hearing set for 3/13/2008 at 09:30 AM. Federal Defender Progam is appointed to represent defendant for the purposes of determining the eligibility of defendant for appointment of counsel.Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.