## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 107 - 12 | **DATE** | 3/13/2008 |
| **CASE TITLE** | USA vs. Robinson | | |

**DOCKET ENTRY TEXT**

Status hearing regarding defendant's eligibility for appointment of counsel held. Karen M. Plant is appointed to represent defendant. Status hearing previously set for 5/9/08 stands.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|